## SACCAVINO v. CHURCHWARD & CO., Inc.

### No. 88; Docket 21431.

United States Court of Appeals Second Circuit.

Argued Oct. 5, 1949.

Decided Oct. 19, 1949.

James F. Rosen, New Haven, Conn., for appellant.

Arthur Klein, New Haven, Conn., and Elliott R. Katz, New Haven, Conn., for appellee.

Before L. HAND, SWAN and CLARK, Circuit Judges.

PER CURIAM.

This case was tried to a judge who heard all the witnesses. The issue depends altogether on whom he believed, and there was no inherent reason why he should refuse the testimony of the defendant's witnesses and accept that of the plaintiff and his single witness. We should have not the least warrant for holding that the findings were "clearly erroneous."

Judgment affirmed.